UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., <br> Plaintiff, <br> v. <br> TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, <br> Defendant. | Case No. 20-cv-04616-SBA (JCS) <br><br> **ORDER TO SHOW CAUSE** <br> Re: Dkt. Nos. 38, 64 |

Presently before the Court are two administrative motions asking the Court for leave to file under seal various documents filed in connection with discovery disputes presented to the undersigned. In Docket No. 38, styled as a joint motion, the parties ask that the Court grant leave to seal, *inter alia*, unredacted versions of Exhibits C and E on the basis that they contain documents Travelers designated as confidential under the protective order in this case.[1] Likewise, in Docket No. 64, Travelers asks the Court for leave to file under seal Exhibit A on the basis that it contains a document that MPS designated as confidential under the protective order. The Court orders both parties to SHOW CAUSE why these requests should not be DENIED for failure to follow the procedures set for in the Local Rules governing motions to seal.

As set forth in Civil Local Rule 79-5(b), "[a] sealing order may issue only upon a request that establishes that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law." To meet that requirement, a motion to seal must be accompanied by "[a] declaration establishing that the document sought to be filed under

---

[1] Docket No. 38 also requests that other materials, found in Exhibits D, G, I, K, and L, be sealed on the basis that they contain confidential information. Those requests are adequately supported by the Jones Declaration, Docket No. 38-1, and are not the subject of this Order to Show Cause.

seal, or portions thereof, are sealable." Civil Local Rule 79-5(d)(1)(A), The Rule expressly states, "Reference to a stipulation or protective order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable." *Id*. Rather, where a request to file under seal is based on designation of material as confidential under a protective order, the party who made the designation must supply a declaration, within four days of the filing of the motion to seal, showing that the material is entitled to protection. Civil Local Rule 79-5(e).

Neither Travelers nor MPS has supplied a declaration showing that the material described above is sealable. The only reason offered for sealing the material is that one or the other party designated the material as confidential under a protective order. That is insufficient. Accordingly, each side shall file **within seven (7) days** an appropriate declaration establishing that the material described above is sealable under the "good cause" standard that applies to material filed in connection with discovery disputes.

**IT IS SO ORDERED.**

Dated: May 10, 2021

_____
JOSEPH C. SPERO
Chief Magistrate Judge